# APP-4

## WEBB CORRESPONDANCE

| Facility | Letter # | Postmark date | Date Received for Processing | USPS Delays | Date processed | Total days TextBehind took | Notes |
|---|---|---|---|---|---|---|---|
| Harnett | 709639 | 10/21/2021 | 10/27/2021 | 6 | 10/28/2021 | 1 | |
| Harnett | 718686 | 10/26/2021 | 10/29/2021 | 3 | 11/1/2021 | 3 | |
| Harnett | 742780 | 11/3/2021 | 11/9/2021 | 6 | 11/10/2021 | 1 | |
| Harnett | 757544 | 11/10/2021 | 11/15/2021 | 5 | 11/16/2021 | 1 | |
| Harnett | 766772 | 11/15/2021 | 11/18/2021 | 3 | 11/19/2021 | 1 | |
| Harnett | 791498 | 11/9/2021 | 11/19/2021 | 10 | 11/22/2021 | 3 | |
| Harnett | 797774 | 11/22/2021 | 11/30/2021 | 8 | 12/1/2021 | 1 | |
| Harnett | 797971 | 11/26/2021 | 11/30/2021 | 4 | 12/1/2021 | 1 | |
| Harnett | 826713 | 12/4/2021 | 12/9/2021 | 5 | 12/10/2021 | 1 | |
| Harnett | 842110 | 12/8/2021 | 12/13/2021 | 5 | 12/14/2021 | 1 | |
| Harnett | 871138 | 12/14/2021 | 12/17/2021 | 3 | 12/20/2021 | 3 | |
| Harnett | 871335 | 12/13/2021 | 12/17/2021 | 4 | 12/20/2021 | 3 | |
| Harnett | 875836 | 12/15/2021 | 12/20/2021 | 5 | 12/21/2021 | 1 | |
| Harnett | 886314 | 12/16/2021 | 12/22/2021 | 6 | 12/23/2021 | 1 | |
| Harnett | 919875 | 12/20/2021 | 12/29/2021 | 9 | 12/30/2021 | 1 | |
| Harnett | 974471 | 12/27/2021 | 1/11/2022 | 15 | 1/12/2022 | 1 | |
| Harnett | 985813 | 12/29/2021 | 1/13/2022 | 15 | 1/14/2022 | 1 | |
| Harnett | 1018277 | 1/8/2022 | 1/20/2022 | 12 | 1/21/2022 | 1 | |
| Harnett | 1075212 | 1/24/2022 | 1/31/2022 | 7 | 2/1/2022 | 1 | |
| Harnett | 1083250 | 1/24/2022 | 2/2/2022 | 9 | 2/3/2022 | 1 | |
| Harnett | 1091235 | 1/21/2022 | 2/3/2022 | 13 | 2/4/2022 | 1 | |
| Harnett | 1121271 | 1/31/2022 | 2/8/2022 | 8 | 2/9/2022 | 1 | |
| Harnett | 1122577 | 2/2/2022 | 2/8/2022 | 6 | 2/9/2022 | 1 | |
| Harnett | 1145780 | 1/31/2022 | 2/13/2022 | 13 | 2/14/2022 | 1 | |
| Harnett | 1169761 | 2/9/2022 | 2/17/2022 | 8 | 2/18/2022 | 1 | |
| Harnett | 1215446 | No postmark | 2/27/2022 | 0 | 2/28/2022 | 1 | Rejected by facility |
| Harnett | 1297271 | 3/7/2022 | 3/13/2022 | 6 | 3/14/2022 | 1 | |
| Harnett | 1375106 | 3/22/2022 | 3/27/2022 | 5 | 3/28/2022 | 1 | |
| Harnett | 1473396 | 4/8/2022 | 4/13/2022 | 5 | 4/14/2022 | 1 | |
| Harnett | 1555972 | 4/23/2022 | 4/28/2022 | 5 | 4/29/2022 | 1 | |
| Harnett | 1729443 | 5/24/2022 | 6/5/2022 | 12 | 6/6/2022 | 1 | |
| Harnett | 1805256 | 6/6/2022 | 6/16/2022 | 10 | 6/17/2022 | 1 | |
| | | | | **7.21875 Days** | | **1.25 Days** | |
| | | | | Average USPS Transport time the mail took from the point of origin to destination. **NOTE:** This delay is not in TextBehind's control. | | Average mail processing timeframe by TextBehind. **NOTE:** Delays beyond 1 day represent weekends. | |