IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CIVIL ACTION NO.: 5:22-ct-03448-FL

| | |
|---|---|
| NATHANIEL R. WEBB, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **DEFENDANT'S NOTICE OF** |
| v. ) | **FILING UNDER SEAL** |
| ) | |
| TEXTBEHIND, INC., ) | |
| ) | |
| Defendant. ) | |

Defendant Textbehind, Inc. ("Textbehind"), has filed, as proposed sealed documents, the following:

- Exhibits 1-9 to the Declaration of Zia Rana

The documents contain information which Plaintiff may allege as sensitive information that should be under seal. Defendant does not request that these documents be sealed. However, these documents contain information that Plaintiff may request the Court seal. Consequently, these documents have been provisionally filed under seal in accordance with EDNC LR 79.2 and Section V(G)(1)(e) of the CM/ECF Policy Manual, and notice thereof is hereby given to all parties.

This the 10th day of January 2024.

    */s/ Joseph A. Schouten*
    Joseph A. Schouten
    N.C. State Bar I.D. No.: 39430
    email: jas@wardandsmith.com
    For the firm of
    Ward and Smith, P.A.
    Post Office Box 33009
    Raleigh, NC 27636-3009
    Telephone: 919.277.9100
    Facsimile: 919.277.9177
    *Local Civil Rule 83.1(d) Attorney for Defendant*

    */s/ Royal W. Craig*
    Royal W. Craig, Fed. Bar # 24546*
    Gordon Feinblatt LLC
    1001 Fleet Street, Suite 700
    Baltimore, MD 21202
    Tel. 410-576-4131
    Fax. 410-576-4269
    *Attorneys for Defendant TextBehind, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 10th day of January 2024, a copy of the foregoing was served upon Plaintiff via US Mail at the following address:

Nathaniel R. Webb
# 1163122
Wilkes Corr. Center
404 Statesville Road
North Wilkesboro, NC 28659

                                                      */s/ Joseph A. Schouten*
                                                      Joseph A. Schouten
                                                      N.C. State Bar I.D. No.: 39430
                                                      email: jas@wardandsmith.com
                                                      For the firm of
                                                      Ward and Smith, P.A.
                                                      Post Office Box 33009
                                                      Raleigh, NC 27636-3009
                                                      Telephone: 919.277.9100
                                                      Facsimile: 919.277.9177
                                                      *Local Civil Rule 83.1(d) Attorney for Defendant*

ND:4879-0766-0188, v. 1